| | | |
|---|---|---|
| Carolyn Stewart/LAED/05/USCOURTS<br>02/13/2008 09:11 AM | To | Rufino Santos/CAND/09/USCOURTS@USCOURTS, Katherine Snuffer/DCD/DC/USCOURTS@USCOURTS, vioxx flmd/FLMD/11/USCOURTS@USCOURTS, Dena |
| | cc | |
| | bcc | |
| | Subject | Vioxx Tranfer Order (CTO-128) |

IN RE:

**MDL 1657**

**VIOXX PRODUCTS LIABILITY LITIGATION**

    Attached is a certified copy of the transfer order received from the Multidistrict Litigation Panel in Washington, D.C. It instructs that the case(s) listed be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible. The order includes the case number(s) assigned to each action by the Eastern District of Louisiana.

    The Honorable Eldon E. Fallon, U.S. District Judge, issued an order directing that the transferred of records consist of only a copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order.

    Please forward the above requested documents, preferably as PDF documents attached to an email addressed to vioxx_mdl_clerk@laed.uscourts.gov. Please attach separate PDFs for each of the documents. If this is not possible, please forward the printed copies of the requested documents via mail.

    Should you have any questions regarding this request, please contact Carolyn Steart at (504)589-7719.

Very truly yours,

Loretta G. Whyte, Clerk

Eastern District of Louisiana


CTO-128.pdf